# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1658

_____

S.H,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, C.O.,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


July 25, 2025


PER CURIAM.

    DISMISSED.

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


S.H, pro se, Petitioner.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.